

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00422-CV

**IN THE INTEREST OF A.M.L., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01252
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on July 1, 2019. *See* TEX. R. APP. P. 35.1(b). After the due date, court reporter Elva G. Chapa filed a notification of late record. She indicated her other duties have precluded her from working on the record, and she requested an extension of time to file the reporter's record until July 15, 2019.

The request is GRANTED IN PART. The reporter's record is due on July 11, 2019. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court